**Order entered October 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01237-CR

## EX PARTE ANTONIO CAMPOZANO JR.

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX19-90309-S**

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief sought by his pretrial application for writ of habeas corpus. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Dallas County District Clerk to file the clerk's record by October 28, 2019. We **ORDER** that the clerk's record contain copies of the indictment, the application for writ of habeas corpus, any response to the writ from the State, the trial court's order denying the writ, the trial court's findings of fact and conclusions of law, any other documents related to the application for writ of habeas corpus, any additional documents the parties request, and the trial court's certification of appellant's right to appeal.

We **ORDER** the court reporter to file, by October 28, 2019, either the reporter's record from the hearing on the writ application or written verification that no hearing was conducted.

We **ORDER** appellant to file his brief by November 18, 2019. We **ORDER** the State to file its brief by December 9, 2019. After the record and briefs have been filed, the Court will notify the parties of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Amber Givens-Davis, Presiding Judge, 282nd Judicial District Court; Lisa Jackson, official court reporter, 282nd Judicial District Court; Felicia Pitre, Dallas County District Clerk; and counsel for all parties.

/s/    BILL PEDERSEN, III
        JUSTICE